# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Preston Winkle,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case No. 20-cv-771-GCS |
| **Stevens Trucking Company et al** | ) |
| | ) |
| **Defendants,** | ) |

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

Pursuant to the Order by this Court on February 18, 2022(Doc. 74) this case has been dismissed with prejudice with each party to bear its own costs.

IT IS SO ORDERED.

DATED: April 20, 2022

                                        MONICA A. STUMP, Clerk of Court
                                        *s/ Catina Simpson*
                                        Deputy Clerk

Approved: *s/ Gilbert C. Sison*
Gilbert C. Sison, U.S. Magistrate Judge